**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 94-6498**

---

STANLEY LYBA,

Petitioner - Appellant,

versus

KENNETH TAYLOR, Warden; ATTORNEY GENERAL OF
THE STATE OF MARYLAND,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Herbert N. Maletz, Senior Judge, sitting
by designation. (CA-93-1770-MJG)

---

Submitted:  February 7, 1996        Decided:  March 5, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Stanley Lyba, Appellant Pro Se.  John Joseph Curran, Jr., Attorney
General, Gwynn X. Kinsey, Jr., Assistant Attorney General, Balti-
more, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition and Fed. R. Civ. P. 60(b) motion for relief from the judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Lyba v. Taylor, No. CA-93-1770-MJG (D. Md. Apr. 25, 1994). We deny Appellant's motions for the preparation of a transcript at government expense and for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2